United States District Court
District of Connecticut
Exhibits Log: 3:21-cr-00156-KAD-1,10 USA v. Pulliam et al
3:21-cr-00156-KAD-1,10 USA v. Pulliam et al (Pulliam and Scott), 5/2/2024

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-0001 | SUMMARY 960 PHOTO |
| Gov-0001-B | PULLIAM SCOTT PHOTO |
| Gov-0002 | PHOTO OF PULLIAM |
| Gov-0003 | PHOTO OF LOVE |
| Gov-0004 | PHOTO OF MCDANIEL |
| Gov-0005 | PHOTO OF E ALVES |
| Gov-0006 | PHOTO OF BAYON |
| Gov-0007 | PHOTO OF BURRUS |
| Gov-0008 | PHOTO OF CABRERA |
| Gov-0009 | PHOTO OF JONES |
| Gov-0010 | PHOTO OF MCKNIGHT |
| Gov-0011 | PHOTO OF SCOTT |
| Gov-0012 | PHOTO OF SINISTERRA |
| Gov-0013 | PHOTO OF A ALVES |
| Gov-0014 | PHOTO OF FLEMMING |
| Gov-0015 | PHOTO OF GRAHAM |
| Gov-0016 | PHOTO OF WRIGHT |
| Gov-0017 | PHOTO OF BLANDING |
| Gov-0018 | PHOTO OF GILBERT |
| Gov-0019 | PHOTO OF ASPILAIRE |
| Gov-0020 | PHOTO OF GINEYARD |
| Gov-0021 | PHOTO OF MCCRAY |
| Gov-0022 | PHOTO OF MITCHELL |
| Gov-0023 | PHOTO OF BRYANT |
| Gov-0024 | PHOTO OF LEWIS |
| Gov-0025 | PHOTO OF SANTOS |
| Gov-0026 | PHOTO OF SMITH |
| Gov-0027 | PHOTO OF MORALES |
| Gov-0028 | PHOTO OF BUTLER |
| Gov-0029 | 2017 EVENT NUMBER 01 BUTLER |
| Gov-0030 | 2017 EVENT NUMBER 02 LEWIS AND SANTOS |
| Gov-0031 | 2017 EVENT NUMBER 03 LOVE ARREST |
| Gov-0032 | 2017 EVENT NUMBER 04 SMITH SR |
| Gov-0033 | 2018 EVENT NUMBER 01 JEEZ BRYANT |
| Gov-0034 | 2018 EVENT NUMBER 02 LOUNSBURY |
| Gov-0035 | 2018 EVENT NUMBER 03 SCOTT RD |
| Gov-0036 | 2018 EVENT NUMBER 04 ROSADO |
| Gov-0037 | 2018 EVENT NUMBER 05 GUZMAN |
| Gov-0038 | 2018 EVENT NUMBER 06 MORALES |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-0039 | 2018 EVENT NUMBER 07 ALCIME AND SMITH |
| Gov-0041 | 960 Story |
| Gov-0041-A | 960 STORY YUNG GAP COA |
| Gov-0041-B | 960 STORY IMAGES |
| Gov-0042 | Trip2TheBank |
| Gov-0042-A | TRIP 2 THE BANK COA |
| Gov-0042-B | TRIP 2 BANK IMAGES |
| Gov-0043 | The Race |
| Gov-0043-A | THE RACE REMIX YUNG GAP COA |
| Gov-0043-B | THE RACE IMAGES |
| Gov-0044-A | ClipFedsWatch |
| Gov-0044-B | ClipFedsWatch |
| Gov-0044-C | FEDS WATCHING COA |
| Gov-0044-D | FEDS WATCH IMAGES |
| Gov-0045 | 100 Barz |
| Gov-0045-A | 100 BARZ - YUNG GAP X GOON COA |
| Gov-0045-B | 100 BARZ IMAGES |
| Gov-0046 | Still Geeking |
| Gov-0046-A | STILL GEEKING IMAGES |
| Gov-0047-A | THE WAIT IMAGES |
| Gov-0048 | Savage Thoughts |
| Gov-0048-A | ClipSavageThoughts |
| Gov-0048-B | ClipSavageThoughts |
| Gov-0048-C | ClipSavageThoughts |
| Gov-0048-D | SAVAGE THOUGHTS IMAGES |
| Gov-0049 | Night After Night |
| Gov-0049-A | NIGHT AFTER NIGHT COA |
| Gov-0049-B | NIGHT AFTER NIGHT IMAGES |
| Gov-0050 | MAP1 |
| Gov-0050-A | MAP8 |
| Gov-0051 | Long Hill Projects |
| Gov-0052 | DAVIS RESUME |
| Gov-0060 | 2019 EVENT WATERVILLE |
| Gov-0065 | FARRAGUT PHOTOS |
| Gov-0066 | GILBERT TATTOOS |
| Gov-0071 | PHOTO STAIRS |
| Gov-0072 | PULLIAM TATTOOS |
| Gov-0073 | GINEYARD TEXT |
| Gov-0100 | PHOTOS BUTLER SCENE |
| Gov-0101 | PHOTOS BUTLER 10G |
| Gov-0102 | PHOTOS BUTLER 10H |
| Gov-0104 | PHOTOS BUTLER 10B |
| Gov-0105 | Butler Video 1_05_R |
| Gov-0106 | Butler Video 5_07_R |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-0107 | Butler Video 7_08_R |
| Gov-0108 | Appliance Video |
| Gov-0108-A | STILL FROM VIDEO |
| Gov-0109 | 380 SHELL CASING COMPOSITE_PE |
| Gov-0109-A | 380 SHELL CASING 1-1_PE |
| Gov-0109-B | 380 SHELL CASING 1-4_PE |
| Gov-0109-C | 380 SHELL CASING 1-5_PE |
| Gov-0109-D | 380 SHELL CASING 1-6_PE |
| Gov-0109-E | 380 SHELL CASING 1-7_PE |
| Gov-0109-F | 380 SHELL CASING 1-8_PE |
| Gov-0109-G | 380 SHELL CASING 1-16_PE |
| Gov-0109-H | 380 SHELL CASING 1-17_PE |
| Gov-0110 | 40 SHELL CASING COMPOSITE_PE |
| Gov-0110-A | 40 SHELL CASING 1-9_PE |
| Gov-0110-B | 40 SHELL CASING 1-12_PE |
| Gov-0111 | 9MM SHELL CASING EX 1-2_PE |
| Gov-0112 | 9MM SHELL CASING COMPOSITE EX_PE |
| Gov-0112-A | 9MM SHELL CASING 1-3_PE |
| Gov-0112-B | 9MM SHELL CASING 1-10_PE |
| Gov-0112-C | 9MM SHELL CASING 1-11_PE |
| Gov-0112-D | 9MM SHELL CASING 1-13_PE |
| Gov-0112-E | 9MM SHELL CASING 1-14_PE |
| Gov-0112-F | 9MM SHELL CASING 1-15 PE |
| Gov-0113 | PIECES OF DAMAGED CAR ITEM 16_PE |
| Gov-0114 | DEFORMED PROJECTILE ITEM 17_PE |
| Gov-0115 | DEFORMED PROJECTILE ITEM 18_PE |
| Gov-0116 | DEFORMED PROJECTILE YB1_PE |
| Gov-0117 | PHOTOS OF BONNEVILLE |
| Gov-0118 | SHELL CASINGS 1 X.380_PE |
| Gov-0119 | SHELL CASINGS 1 X.40_PE |
| Gov-0120 | SHELL CASINGS 1 X 9MM_PE |
| Gov-0121 | SWABS FROM BONNEVILLE_PE |
| Gov-0200 | PHOTOS CRASH SCENE |
| Gov-0201 | PHOTOS WENDYS |
| Gov-0202-4 | PHOTOS AUTOPSY |
| Gov-0204 | PHOTOS MAGAZINE |
| Gov-0205 | PHOTOS VOLVO |
| Gov-0208 | Video Crash |
| Gov-0212-TAURUSMILLENNI | PE |
| Gov-0215 | SKI MASK_PE |
| Gov-0216 | BROKEN PHONE_PE |
| Gov-0217 | 40 SHELL CASING COMPOSITE_PE |
| Gov-0217-A | 40 SHELL CASING 1-1_PE |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Gov-0217-B | 40 SHELL CASING 1-3_PE |
| Gov-0217-C | 40 SHELL CASING 1-4_PE |
| Gov-0217-D | 40 SHELL CASING 1-5_PE |
| Gov-0217-E | 40 SHELL CASING 1-6_PE |
| Gov-0218 | 9MM SHELL CASING_PE |
| Gov-0219 | GLOCK 9MM MAGAZINE_PE |
| Gov-0220 | 10 BLAZER ROUNDS_PE |
| Gov-0221 | SWAB OF MAGAZINE_PE |
| Gov-0221-A | SWABS OF AMMO_PE |
| Gov-0222 | BULLET FRAGMENT_PE |
| Gov-0223 | DEFORMED PROJECTILE_PE |
| Gov-0224 | PROJECTILE FROM AUTOPSY_PE |
| Gov-0225 | MCDANIEL BUCCAL SWAB_PE |
| Gov-0227 | LEWIS ATM SWEATSHIRT_PE |
| Gov-0229 | GLOCK 22, 40 CAL_PE |
| Gov-0300 | PHOTOS SCENE |
| Gov-0302 | COMPOSITE SHELL CASING PE |
| Gov-0302-A | SHELL CASING_PE |
| Gov-0302-B | SHELL CASING_PE |
| Gov-0302-C | SHELL CASING_PE |
| Gov-0303 | COMPOSITE SHELL CASING EXHIBIT_PE |
| Gov-0303-A | SHELL CASING_PE |
| Gov-0303-B | SHELL CASING_PE |
| Gov-0303-C | SHELL CASING_PE |
| Gov-0306 | MCDANIEL PHONE_PE |
| Gov-0308 | SUMMARY OF EXTRACTION MCDANIEL PHONE |
| Gov-0309 | Video Extract McDaniel 01 |
| Gov-0309-A | VIDEO MCDANIEL 01 METADATA |
| Gov-0310 | Video Extract McDaniel 02 |
| Gov-0310-A | VIDEO MCDANIEL 02 METADATA |
| Gov-0311 | PHOTO EXTRACT MCDANIEL |
| Gov-0312 | IMAGES ON MCDANIELS PHONE |
| Gov-0313 | 12.30.17 MESSAGE |
| Gov-0313-A | TIMELINE REPORT |
| Gov-0314 | 12.30.17 SEARCH HISTORY |
| Gov-0315 | REP-AM ARTICLE |
| Gov-0317 | EXTRACTION REPORT PHOTOS |
| Gov-0318 | PHOTO EXTRACT MCDANIEL |
| Gov-0319 | PHOTO EXTRACT MCDANIEL |
| Gov-0400 | Video Tire Shop |
| Gov-0401 | PHOTOS TIRE SHOP |
| Gov-0402 | PHOTOS SEIZED GUN |
| Gov-0403 | PHOTOS LOVE VEST MASK |
| Gov-0404 | PHOTOS ACURA |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-0405 | HANDGUN_PE |
| Gov-0406 | BODY ARMO_PE |
| Gov-0407 | SKI MASK_PE |
| Gov-0500 | PHOTOS SCENE |
| Gov-0501 | PHOTOS SHIRT |
| Gov-0502-3 | PHOTOS AUTOPSY |
| Gov-0503 | Video Bryant |
| Gov-0503-A | Video Bryant |
| Gov-0504 | SHELL CASING_PE |
| Gov-0505 | DEFORMED BULLET JACKET_PE |
| Gov-0506 | SHIRT_PE |
| Gov-0507 | PHOTOS SCENE |
| Gov-0508 | PHOTOS CASING |
| Gov-0509 | SHELL CASING COMPOSITE_PE |
| Gov-0509-A | SHELL CASING_PE |
| Gov-0509-B | SHELL CASING_PE |
| Gov-0509-C | SHELL CASING_PE |
| Gov-0509-D | SHELL CASING_PE |
| Gov-0510 | SHELL CASING APARTMENT_PE |
| Gov-0511 | PHOTOS SCENE |
| Gov-0512 | PHOTOS APT 25 |
| Gov-0513 | PHOTOS APT 26 |
| Gov-0514 | SHELL CASING_PE |
| Gov-0515 | SHELL CASING_PE |
| Gov-0516 | SHELL CASING COMPOSITE_PE |
| Gov-0516-A | SHELL CASINGS_PE |
| Gov-0516-B | SHELL CASINGS_PE |
| Gov-0516-C | SHELL CASINGS_PE |
| Gov-0516-D | SHELL CASINGS_PE |
| Gov-0517 | DEFORMED PROJECTILE_PE |
| Gov-0518 | DEFORMED PROJECTILE_PE |
| Gov-0600 | PHOTOS SCENE |
| Gov-0601 | PHOTOS CLOTHING |
| Gov-0602 | Video Tropical Market 4573 |
| Gov-0603 | Video Tropical Market 4574 |
| Gov-0604 | Video Tropical Market 4578 |
| Gov-0608 | STILL IMAGE |
| Gov-0611 | CLOTHING HOSPITAL_PE |
| Gov-0612 | DEFORMED PROJECTILE_PE |
| Gov-0613 | DEFORMED PROJECTILE_PE |
| Gov-0614 | DEFORMED PROJECTILE_PE |
| Gov-0615 | SHELL CASING COMPOSITE_PE |
| Gov-0615-A | SHELL CASINGS_PE |
| Gov-0615-B | SHELL CASINGS_PE |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-0615-C | SHELL CASINGS_PE |
| Gov-0615-D | SHELL CASINGS_PE |
| Gov-0615-E | SHELL CASINGS_PE |
| Gov-0615-F | SHELL CASINGS_PE |
| Gov-0615-G | SHELL CASINGS_PE |
| Gov-0615-H | SHELL CASINGS_PE |
| Gov-0615-I | SHELL CASINGS_PE |
| Gov-0616 | SHELL CASING COMPOSITE_PE |
| Gov-0616-A | SHELL CASINGS_PE |
| Gov-0616-B | SHELL CASINGS_PE |
| Gov-0616-C | SHELL CASINGS_PE |
| Gov-0616-D | SHELL CASINGS_PE |
| Gov-0616-E | SHELL CASINGS_PE |
| Gov-0618 | GLOCK FIREARM_PE |
| Gov-0700 | PHOTOS SCENE |
| Gov-0701 | PHOTOS GUZMAN HOSPITAL |
| Gov-0701-A | PHOTOS MAZON HOSPITAL |
| Gov-0701-B | PHOTOS GUZMAN AUTOPSY |
| Gov-0701-C | GUZMAN AUTOPSY REPORT |
| Gov-0704-A | 18-97203 No Labels CONV |
| Gov-0706-A | 18-110772 No Labels CONV |
| Gov-0707 | PHOTOS ELANTRA |
| Gov-0709 | SHELL CASING COMPOSITE_PE |
| Gov-0709-A | SHELL CASINGS_PE |
| Gov-0709-B | SHELL CASINGS_PE |
| Gov-0709-C | SHELL CASINGS_PE |
| Gov-0709-D | SHELL CASINGS_PE |
| Gov-0709-E | SHELL CASINGS_PE |
| Gov-0709-F | SHELL CASINGS_PE |
| Gov-0709-G | SHELL CASINGS_PE |
| Gov-0710 | SHELL CASING COMPOSITE_PE |
| Gov-0710-A | SHELL CASINGS_PE |
| Gov-0710-B | SHELL CASINGS_PE |
| Gov-0710-C | SHELL CASINGS_PE |
| Gov-0710-D | SHELL CASINGS_PE |
| Gov-0712 | PHOTO DELGADO |
| Gov-0713 | SHELL CASING_PE |
| Gov-0714 | SHELL CASING_PE |
| Gov-0715 | SHELL CASING_PE |
| Gov-0716 | SHELL CASING_PE |
| Gov-0717 | PHOTOS WALNUT VERMONT |
| Gov-0718 | PHOTO DODGE |
| Gov-0719 | PHOTO DODGE |
| Gov-0720 | IPHONE_PE |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-0721 | CIGAR_PE |
| Gov-0722 | GATORADE BOTTLE_PE |
| Gov-0723 | STRAW_PE |
| Gov-0724 | WHITE ROCK SUBSTANCE_PE |
| Gov-0726 | 2 SWABS OF EXTERIOR DOOR_PE |
| Gov-0728 | 2 SWABS OF REAR BUTTON_PE |
| Gov-0730 | 2 SWABS OF CELLPHONE_PE |
| Gov-0732 | 2 SWABS OF BOTTLE_PE |
| Gov-0733 | 2 SWABS OF STRAW_PE |
| Gov-0734 | 911 Call_4586_CLIPPED |
| Gov-0736 | PHOTOS HYUNDAI |
| Gov-0737 | PHOTOS HYUNDAI |
| Gov-0801 | Video Morales Shooting |
| Gov-0802 | PHOTOS SCENE |
| Gov-0803 | PHOTOS MORALES |
| Gov-0804 | Video Morales Shooting |
| Gov-0805 | 22 ROUND_PE |
| Gov-0807 | SWABS OF GEAR SHIFT_PE |
| Gov-0808 | SWABS OF STEERING WHEEL_PE |
| Gov-0900 | PHOTOS SCENE |
| Gov-0901 | PHOTOS INJURIES |
| Gov-0903 | SHELL CASING_PE |
| Gov-0904 | SHELL CASING_PE |
| Gov-0905 | SHELL CASING_PE |
| Gov-0906 | DEFORMED PROJECTILE_PE |
| Gov-0907 | DRUG EVIDENCE_PE |
| Gov-0908 | PHOTOS AUDI |
| Gov-0909 | SWABS OF GEAR_PE |
| Gov-0910 | PHOTOS GARBAGE CAN |
| Gov-0911 | 380 HIGH POINT_PE |
| Gov-0912 | AMMUNITION W 380 HIGH POINT_PE |
| Gov-0913 | SWAB SLIDE_PE |
| Gov-1013-A | SCOTT BOOK |
| Gov-1014-A | SCOTT BOOK |
| Gov-1015 | SCOTT BOOK |
| Gov-1016 | ALVES CELL PHOTOS_PE |
| Gov-1017 | LOVE CELL PHOTOS_PE |
| Gov-1018-A | Scott 020520 Call |
| Gov-1018-B | Scott 020520 Call |
| Gov-1018-C | SCOTT SCREENSHOT |
| Gov-1021-A | Pulliam |
| Gov-1021-B | PULLIAM SCREENSHOT |
| Gov-1022 | Pulliam |
| Gov-1022-A | PULLIAM SCREENSHOT |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-1023 | Clip Pulliam |
| Gov-1023-A | PULLIAM SCREENSHOT |
| Gov-1024 | Pulliam |
| Gov-1024-A | PULLIAM SCREENSHOT |
| Gov-1027-A | Clip Pulliam |
| Gov-1027-C | Clip Pulliam |
| Gov-1027-D | PULLIAM SCREENSHOT |
| Gov-1030 | Clip Love |
| Gov-1030-A | LOVE SCREENSHOT |
| Gov-1031-A | Pulliam |
| Gov-1031-C | PULLIAM SCREENSHOT |
| Gov-1040 | Clip McDaniel |
| Gov-1100 | SINISTERRA PHONE PE |
| Gov-1102-A | DEVICE DETAILS SINISTERRA |
| Gov-1103-A | SINISTERRA TEXTS_REDACTED |
| Gov-1104-A | DEVICE DETAILS GINEYARD |
| Gov-1105 | Video from Gineyard |
| Gov-1105-A | VIDEO METADATA 2641 |
| Gov-1106 | Video from Gineyard |
| Gov-1106-A | VIDEO METADATA 2640 |
| Gov-1107 | PHOTO 10.11.18 |
| Gov-1108 | PHOTO 10.11.18 |
| Gov-1109 | DNA BONNEVILLE |
| Gov-1110 | DNA ELANTRA |
| Gov-1111 | DNA 9MM WENDYS |
| Gov-1112 | DNA DODGE |
| Gov-1113 | DNA DODGE |
| Gov-1119 | DNA VOLVO |
| Gov-1120 | DNA AUDI |
| Gov-1121 | DNA GUN |
| Gov-1122 | DNA 669 FIREARM |
| Gov-1123 | BUCCAL SWABS MCDANIEL PROFILE_PE |
| Gov-1125 | FTA CARD MCDANIEL_PE |
| Gov-1129 | SWABS OF SCOTT_PE |
| Gov-1131 | SWABS OF E. ALVES_PE |
| Gov-1133 | SWABS OF PULLIAM_PE |
| Gov-1135 | SWABS FOR BURRUS_PE |
| Gov-1137 | SWABS OF JONES_PE |
| Gov-1139 | SWABS OF GINEYARD_PE |
| Gov-1141 | SWABS OF MCCRARY_PE |
| Gov-1145 | SWABS OF BAYON_PE |
| Gov-1147 | BALLISTIC PIKE |
| Gov-1150 | BALLISTIC ROBISHEAUX |
| Gov-1151 | BALLISTIC THERRIAULT |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-1152 | BALLISTIC ROBISEAUX |
| Gov-1153 | BALLISTIC RAGAZA |
| Gov-1154 | BALLISTIC THERRIAULT |
| Gov-1154-B | MICROSCOPIC COMPARISON |
| Gov-1156 | BALLISTIC RAGAZA |
| Gov-1156-A | BALLISTIC RAGAZA |
| Gov-1157 | BALLISTIC RAGAZA |
| Gov-1158 | BALLISTIC RAGAZA |
| Gov-1159 | BALLISTIC RAGAZA |
| Gov-1160 | BALLISTIC RAGAZA |
| Gov-1161 | FACEBOOK RETURNS_REDACTED |
| Gov-1172 | GILBERT PLEA COOP AGMT |
| Gov-1175 | GILBERT PROFFER AGMT |
| Gov-1189 | STIPULATION LAB ANALYSIS |
| Gov-1200 | HEROIN_PE |
| Gov-1203 | DEA LAB 1B11 |
| Gov-1206 | Video Ezra Alves |
| Gov-1207 | HEROIN_PE |
| Gov-1208 | DEA LAB1B15 |
| Gov-1209 | PHOTOS WATERVILLE |
| Gov-1210 | RIFLE CASE_PE |
| Gov-1211 | RIFLE CASE_PE |
| Gov-1212 | RIFLE CASE_PE |
| Gov-1213 | RIFLE CASE_PE |
| Gov-1214 | RIFLE CASE_PE |
| Gov-1215 | SHOE BOX_PE |
| Gov-1215-A | BAG_PE |
| Gov-1215-B | BAG_PE |
| Gov-1215-C | DRUGS_PE |
| Gov-1216 | BLUE DUFFLE BAG_PE |
| Gov-1217 | BLACK SCALE_PE |
| Gov-1218 | RED BAG_PE |
| Gov-1218-A | AMMUNITION_PE |
| Gov-1218-B | BAG_PE |
| Gov-1218-C | AMMUNITION_PE |
| Gov-1219 | YELLOW BAG_PE |
| Gov-1220 | BAGS OF DRUGS_PE |
| Gov-1225 | DRUGS ALVES_PE |
| Gov-1225-A | HEROIN SEIZED ALVES_PE |
| Gov-1226 | DRUGS BAYON_PE |
| Gov-1227-A | TRIGGER SWAB_PE |
| Gov-1227-B | GRIP SWAB_PE |
| Gov-1227-C | SLIDE SWAB_PE |
| Gov-1227-D | MAGAZINE SWAB_PE |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-1228-A | MAG SWAB_PE |
| Gov-1228-B | GRIP SWAB_PE |
| Gov-1228-C | SLIDE SWAB_PE |
| Gov-1228-D | TRIGGER SWAB_PE |
| Gov-1229-A | GRIP SWAB_PE |
| Gov-1229-B | SLIDE SWAB_PE |
| Gov-1229-C | TRIGGER SWAB_PE |
| Gov-1229-D | MAGAZINE SWAB_PE |
| Gov-1230-A | FRONT SWAB_PE |
| Gov-1230-B | BACK SWAB_PE |
| Gov-1230-C | TRIGGER SWAB_PE |
| Gov-1231 | DEA LAB 1B33 |
| Gov-1232 | DEA LAB 1B34 |
| Gov-1233 | DEA LAB 1B36 |
| Gov-1234 | DEA LAB 1B37 |
| Gov-1235 | DEA LAB 1B40 |
| Gov-1236 | DEA LAB 1B41 |
| Gov-1240 | DEA LAB REPORT 1B32 |
| Gov-1301-A | GILBERT 08.25.20 GJ TRANSCRIPT 77_78 |
| Gov-1301-B | GILBERT 08.25.20 GJ TRANSCRIPT 88_89 |
| Gov-1304-A | GILBERT 01-19-24 AM 75_79 |
| Gov-1304-B | GILBERT 01-19-24 AM 152_153 |
| Def-5379 | Clarence Lewis and Jermaine Smith in Jermaine Gilbert s phone |
| Def-5380 | Clarence Lewis in Jermaine Gilbert s phone |
| Def-6014 | MG 2597 |
| Def-6015 | MG 2598 |
| Def-6016 | MG 2599 |
| Def-6017 | MG 2600 |
| Def-6018 | MG 2601 |
| Def-6019 | MG 2602 |
| Def-6045 | studio |
| Def-6046 | studio2 |
| Def-6047 | studio parking lot |
| Def-6052 | 0902_Video of Vehicle |
| Def-6053 | LUGO STATEMENT |
| Def-7021 | Mike Slavin Photo at 10.04.2018 Thompson Interview |
| Def-7022 | Davis RDavis Resume v 1 |
| Def-7071 | Gilbert with gun |
| Def-7072 | Gilbert w cash cropped |
| Def-7075 | Gilbert with gun |
| Def-7076 | Gilbert with money |
| Def-7077 | 5452_16_Jermaine_Gilbert_With_Sister_And_Silver_357 |
| Def-7078 | Gilbert phone video |
| Def-7080 | Gilbert with money |

| EXHIBIT | DESCRIPTION |
|---|---|
| Def-7104 | JEEZ in Gilbert phone |
| Def-7105 | JEEZ pendant in Gilbert phone |
| Def-7109 | Photo of Gilbert and Sinisterra |
| Def-7117 | GJ 14322 1 clip 7 |
| Def-7119 | GJ 17312 1 clip 9 |
| Def-7121 | GJ 18207 1 clip 11 |
| Def-7163 | DESPP_003757 - DESPP_003870_DSS-18-7280-ER (1) 21 |
| Def-7164 | redacted DESPP_003757 - DESPP_003870_DSS-18-7280-ER (1) 22 |
| Def-7165 | Pages 17-22 from DSS-18-6888-ER |
| Def-7167 | Pages from DESPP_001061_DSS-17-7303-ER |
| Def-7169 | Pages from DESPP_001061_DSS-17-7303-ER-3 |
| Def-7173 | pp 90-96 DESPP_003757 - DESPP_003870 DSS-18-7280-ER |
| Def-7180 | Gilbert search histories 1 |
| Def-7181 | Gilbert search histories 2 |
| Def-7183 | GILBERT_iPhone6 |
| Def-7184 | GILBERT_iPhone8 |
| Def-7186 | 2019-02-14_GILBERT_Phone_Activated |

_[Signature]_
Government

_[Signature]_
Pulliam

_[Signature]_
Scott